FILED'09 JAN 08 15:45USDC-ORP

Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DENICE RAE BRANEN,

                Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

              Defendant.

Civil No. 08-6057-HA

**ORDER REGARDING ATTORNEY
FEES UNDER THE SOCIAL
SECURITY ACT**

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social
Security Act, it is hereby

ORDERED that:

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

Counsel is granted 60 days subsequent to Plaintiff's receiving notification of past-due benefits to prepare and submit a request specifying the amount of attorney fees under the Social Security Act.

IT IS SO ORDERED this day of January __8__, 2009.

U.S. District Judge

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff

2 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT