FILED'09 JAN 14 10:13 USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DENICE RAE BRANEN, | |
| Plaintiff, | Civil No. 08-6057-HA |
| vs. | ORDER FOR ATTORNEY FEES PURSUANT TO EAJA |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall mail a check payable to Plaintiff's attorney the sum of $6485.08 pursuant to the Equal Access of Justice Act 28 U.S.C. §2412 for full settlement of all claims for fees under EAJA. Costs shall be awarded Plaintiff in the sum of $367.82 ($350.00 Court filing-fee + $17.82 Service costs) pursuant to 28 U.S.C. §1920.

IT IS SO ORDERED this day of January 13, 2009

_____
U.S. District Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA