Drew L. Johnson  
Kathryn Tassinari  
rwood@callatg.com  
kathrynt50@comcast.net  
1700 Valley River Drive  
Eugene, OR 97401  
(541) 434-6466  
Attorneys for Plaintiff

FILED'09 SEP 10 10:24USDC-ORP

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**DENICE RAE BRANEN,**

        Plaintiff,

   vs.

**MICHAEL J. ASTRUE,**  
Commissioner of Social Security  
Administration,

        Defendant.

Civil No. 08-6057-HA

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $14,846.50 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $6485.08, is $8361.42, and Defendant shall pay this

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

amount to Plaintiff's counsel, minus an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

    IT IS SO ORDERED this day of September __10__, 2009

                              _____
                              U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    2